

# COURT OF APPEALS

| | | |
|---|---|---|
| REBECA C. MARTINEZ | FOURTH COURT OF APPEALS DISTRICT | MICHAEL A. CRUZ, |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| PATRICIA O. ALVAREZ | 300 DOLOROSA, SUITE 3200 | |
| LUZ ELENA D. CHAPA | SAN ANTONIO, TEXAS 78205-3037 | |
| IRENE RIOS | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| BETH WATKINS | | (210) 335-2635 |
| LIZA A. RODRIGUEZ | | |
| LORI I. VALENZUELA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

May 16, 2022

Tony Jimenez III
Attorney at Law
214 Dwyer Ave., Suite 300
San Antonio, TX 78204
* DELIVERED VIA E-MAIL *

Joe D. Gonzales
Bexar County District Attorney
101 W. Nueva St., Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:　　Court of Appeals Number:　04-22-00268-CR
　　　　Trial Court Case Number:　2021CR5908
　　　　Style:　Shelton Ray Davison
　　　　　　　　v.
　　　　　　　　The State of Texas

　　　　Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

　　　　If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ,
Clerk of Court

Monica Rivera
Deputy Clerk, Ext. 53855

cc: Barbara Paulissen (DELIVERED VIA E-MAIL)
　　Maria Fattahi (DELIVERED VIA E-MAIL)

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-22-00268-CR

Shelton Ray **DAVISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2021CR5908
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Appellant Shelton Davison filed a notice of appeal challenging the trial court's determination that he is incompetent to stand trial. However, the Texas Code of Criminal Procedure expressly states that "[n]either the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling" regarding the defendant's competency to stand trial. TEX. CODE CRIM. PROC. ANN. art. 46B.011. Thus, it appears that we lack jurisdiction to entertain this appeal. We, therefore, ORDER appellant to show cause on or before **June 15, 2022**, why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending further order from this court.

It is so **ORDERED** on May 16, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT